IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CV-23280-ALTONAGA/O'SULLIVAN

EARLY MAN IMAGES, INC.,

    Plaintiff,

v.

BEN KAUFMAN SALES CO., INC., and
BENJAMIN KAUFMAN,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action –including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

| | |
|---|---|
| **Louis R. Gigliotti, Esq.** | **Counsel for Defendants** |
| **Ben Kaufman Sales, Inc.** | **Defendant** |
| **Ben Kaufman** | **Defendant** |
| **Early Man Images, Inc.** | **Plaintiff** |

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

1

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

**None Known.**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None Known.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I HEREBY CERTIFY that the foregoing has been filed this 4th day of November, 2015, with the CM/ECF system.

>Louis R. Gigliotti, P.A.
>
>By: _s/Louis R. Gigliotti,Esq./_
>Louis R. Gigliotti, Esq.
>Florida Bar No.: 71935
>1605 Dewey Street
>Hollywood, FL 33020
>Tel: (954) 471-4392
>Fax: (954) 922-8214
>Email: lgigliotti@bellsouth.net